[3603] [O/ Approving Chapter 13 Trustee's Report & Discharging Trustee]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Case No. 3:11–bk–00710–PMG
                                                                                        Chapter 13

Trina Cianelli Drysdale




_____Debtor(s)_____/


ORDER APPROVING CHAPTER 13 TRUSTEE'S REPORT AND DISCHARGING TRUSTEE, CANCELING
BOND AND CLOSING ESTATE


   This case having been dismissed, it is hereby

   ORDERED:

   1. The report of the Trustee is approved and allowed and the estate is closed.

   2. The Trustee is discharged and relieved of his trust; and the portion of the Master Bond of the Trustee in this estate is cancelled and the Trustee is released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

   Dated October 20, 2011 .


                                                          _____
                                                          Paul M. Glenn
                                                          United States Bankruptcy Judge


   Copies furnished to:
   Debtor(s)
   Debtor(s)' Attorney
   Trustee
   United States Trustee